THE PENNSYLVANIA STEEL COMPANY *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant, and STAR HOLDING COMPANY et al., Respondents, Impleaded with Others.

(Submitted December 7, 1908; decided December 15, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 37.)

---

EDWARD FOX, as Administrator of the Estate of PATRICK FOX, Deceased, Appellant, *v.* FRANCIS HIGGINS, Respondent.

*Fox* v. *Higgins*, 121 App. Div. 924, affirmed.
(Argued December 2, 1908; decided December 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 31, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term in an action for an accounting of profits received from the sale of certain real property.

*J. Rider Cady* and *Louis O. Van Doren* for appellant.

*James A. Deering* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.